

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00617-CR

The **STATE** of Texas,
Appellant

v.

Heberto **GARZA-GARCIA**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 17-CRS-266
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

On January 1, 2019, appellee filed a motion for extension of time to file his brief. The motion is GRANTED. **Appellee's brief is due on January 22, 2019. No further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court